## The Law Office of Noor A. Saab

380 North Broadway, Penthouse West
Jericho, New York 11753
**Tel**: 718-740-5060 * **Fax**: 718-709-5912
**Email**: NoorASaabLaw@Gmail.com

April 22, 2024

**VIA ECF**
Honorable Judge John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12D
New York, NY 10007

**Re:**   **Kevin Yan Luis v. Hard Seltzer Beverage Company LLC - Case No. 1:23-cv-10879-JPC**

To the Honorable Judge John P. Cronan,

     Plaintiff submits this letter-motion respectfully requesting an extension of the conditional dismissal order pursuant to Your Honors Order dated February 26, 2024 (Docket No. 9). The parties have a settlement in principle but have yet to memorialize the agreement. Plaintiff respectfully requests a thirty (30) day extension of time of the conditional dismissal order from April 22, 2024 to May 22, 2024. This is the first request for this relief and is on consent of both parties.

     The Plaintiff wishes to thank Your Honor and this Court for the time and attention to this matter.

Respectfully submitted,

*/s/ Noor A. Saab, Esq.*
*Attorney for Plaintiff*

The request is granted. The deadline to reopen this matter is extended to May 22, 2024. The Clerk of Court is respectfully directed to close Docket Number 10.

SO ORDERED.
Date: April 23, 2024
New York, New York

_____
JOHN P. CRONAN
United States District Judge